SUPREME COURT OF NEW JERSEY
M-729/730 September Term 2020
085366

| | | |
|---|---|---|
| In the Matter of | : | **FILED** |
| George R. Gilmore, | : | MAR 25 2021 |
| An Attorney At Law | : | Heather J Baker, CLERK |
| (Attorney No 008301975) | | |

ORDER

These matters having been duly presented to the Court on the motions of **George R. Gilmore** of **Toms River**, who was admitted to the bar of this State in 1975 and who has been temporarily suspended from the practice of law since May 15, 2019, pursuant to the Order of the Court filed in accordance with Rule 1:20-13 (b) (1), seeking to vacate the Order of temporary suspension (M-729-20) and to be reinstated to practice pursuant to Rule 1:20-13 (b) (3) (M-730-20);

And good cause appearing;

It is ORDERED that the motions are granted, and the Order of temporary suspension filed May 15, 2019, and the restraints therein are hereby vacated, and **George R. Gilmore** is reinstated to the practice of law pursuant to Rule 1:20-13 (b) (3), effective immediately; and it is further

ORDERED that this Order has no effect on any potential disciplinary matter relating to the conduct underlying petitioner's pardoned conviction. See In re Petition for Expungement of the Criminal Record Belonging to T.O., __ N.J. __ (2021) (slip op. at 27) (noting that "a pardon removes the legal disabilities that stem from the fact of a conviction but does not erase what happened when an offense was committed or restore a person's good character").

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 23rd day of March, 2021.

/s/ Heather J Baker

FILED: 03-25-2021           CLERK OF THE SUPREME COURT